UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE - WESTERN DIVISION

NAME   ADDRESS WANDA HALL 4423 VILLAGE PARK COVE MEMPHIS TN 38141

PAYMENT AMOUNT:   $710 MONTHLY

PAYROLL:    DIRECT PAY – WORKS FOR A BANK

**P**RIORITY CREDITORS:

**MORTGAGE:   WELLS FARGO ONGOING TO RESUME 7/1/16**                    **$ 474.37**
**APPROXIMATE ARREARAGE TO RECEIVE 0% INTEREST:   $3000**         **$ 50**

**SECURED CREDITORS:** ADEQUATE PROTECTION PAYMENTS WILL BE 25% (¼) OF
PROPOSED MONTHLY PAYMENTS

| NAME | BALANCE OR VALUE | INTEREST RATE | MONTHLY PAYMENT |
|------|------------------|---------------|-----------------|
| **CAR MAX** | **$10,000** | | **$ 190** |

**SPECIAL CLASS UNSECURED**

**PERCENTAGE TO UNSECURED CREDITORS**:   ABSENT A SPECIFIC COURT ORDER
OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE,
SHALL BE PAID AS GENERAL UNSECURED DEBTS.   GENERAL UNSECURED CREDITORS
WILL RECEIVE A PERCENTAGE SET BY THE TRUSTEE.   **DURATION OF PLAN**:   PLAN WILL
TERMINATE APPROXIMATELY 60 MONTHS FROM CONFIRMATION

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED
ACCEPTANCE OF PROPOSED PLAN TREATMENT.